**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| PHYLLIS INDA,<br>Plaintiff,<br><br>v.<br><br>STATE FARM FIRE & CASUALTY COMPANY,<br>Defendant. | Case No. 5:24-cv-525 JD |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW Plaintiff, Phyllis Inda, and Defendant, State Farm Fire & Casualty Company, to stipulate the above-captioned matter is dismissed with prejudice against the filing of any future action involving the claims that were or could have been asserted in this case. The parties therefore submit this matter is concluded, pursuant to Rule 41(a)(1)(A)(ii), with all parties bearing her/its own attorney fees and costs.

Respectfully submitted,

**MANSELL & ENGEL**

/s/ Keith F. Givens
Steven S. Mansell, OBA #10584
Keith F. Givens, OBA #16501
204 North Robinson Avenue, Suite 2100
Oklahoma City, OK 73102-7201
(405) 232-4100
Fax: (405) 232-4140
smansell@meclaw.net
kgivens@meclaw.net

**ATTORNEYS FOR PLAINTIFF**

/s/ John S. Gladd

John S. Gladd, OBA #12307
J. Andrew Brown, OBA #22504
GLADD, MAGUIRE, ALLEN,
BROWN & WAKEMAN
A Professional Corporation
1500 ParkCentre
525 South Main Street
Tulsa, OK 74103-4524
T: (918) 582-8877 ** F: (918) 585-8096
jgladd@abg-oklaw.com
dbrown@abg-oklaw.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2026, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to the registered participants of the ECF System.

/s/ Keith F. Givens
Keith F. Givens